JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BERMAN and HEIDI BERMAN,<br><br>　　Plaintiffs,<br><br>vs.<br><br>AMEX ASSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>　　Defendants.<br>_____<br>AMEX ASSURANCE COMPANY,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JOANNA KLASS dba TOUCH OF KLASS,<br><br>　　Third Party Defendant. | Case No. SACV08-01051 DOC (RNBx)<br><br>ASSIGNED TO:<br>　HON. DAVID O. CARTER<br>　DEPT. 9-D<br><br>**[~~PROPOSED~~] JUDGMENT** |

　　　　Having taken the above-entitled matter under submission on February 24, 2010 and having fully considered the evidence presented and the arguments of all parties, the Court now enters judgment on the Complaint in favor of Plaintiffs Christopher Berman and Heidi Berman ("the

1

Bermans") and against Defendant/Third Party Plaintiff AMEX Assurance Company ("AMEX"). The Court further enters judgment on the Third-Party Complaint in favor of Third Party Defendant Joanna Klass dba Touch of Klass ("Klass") and against AMEX. This judgment is based on the Court's February 22, 2011 Findings of Fact and Conclusions of Law (Dkt. 81).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. judgment shall be entered in favor of the Bermans and against AMEX for $15,263.41;
2. AMEX shall bear the Bermans' costs, which will be presented to the Court for approval following entry of judgment pursuant to Local Rule 54-3;
3. judgment shall be entered in favor of Klass and against AMEX, and AMEX shall recover nothing against Klass; and
4. AMEX shall bear Klass' costs, which will be presented to the Court for approval following entry of judgment pursuant to Local Rule 54-3.

Dated: March 21, 2011

_____
Honorable David O. Carter
United States District Judge